IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LARRY JEROME GRADY, AIS 143344, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACT. NO. 3:22-cv-508-ECM |
| | ) (WO) |
| KEVIN WHITE, *et al.*, | ) |
| Respondents. | ) |

**MEMORANDUM OPINION and ORDER**

On October 3, 2022, the Magistrate Judge entered a Recommendation that this case be dismissed (doc. 6) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Petitioner's "Motion to Reconsider Appeal to Federal Court 2254" (doc. 1) is DISMISSED for lack of jurisdiction to the extent that the Petitioner seeks relief in the nature of mandamus;

3. the Petitioner's "Motion to Reconsider Appeal to Federal Court 2254" (doc. 1) is DISMISSED for lack of jurisdiction to the extent that the Petitioner seeks relief under 28 U.S.C. § 2254 because the Petitioner has not obtained the requisite preauthorization from the Eleventh Circuit Court of Appeals to file a successive petition; and

4. this case is dismissed.

A separate final judgment will be entered.

Done this 4th day of January, 2023.

                                        /s/ Emily C. Marks
                                EMILY C. MARKS
                                CHIEF UNITED STATES DISTRICT JUDGE